UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

Vs.

EDWARD DEAK

        *Defendants*

CRIMINAL

HON STANLEY R. CHESLER, USDJ

CASE NO. 08-327 (SRC)

ORDER RETURNING PASSPORT

---

**THIS** matter having been opened to the Court via the Petition of Counsel, Marc E. Leibman, Esq., of Kaufman, Bern, Deutsch & Leibman, LLP attorneys for Edward Deak, for an Order compelling the return of the Defendant's passport and the United States Attorney, Paul Fishman, by Bohdan Vitvitsky, Assistant United States Attorney, having been served notice of said petition, and registering no objection, and the Court having imposed sentence thereby concluding this matter, and for good cause shown,

**IT IS** on this 29 day of October, 2010;

**ORDERED** that Pre-trial Services shall return the Defendant's passport by mailing same to him at his home address within ten (10)

days of the service of this order upon Pre-trial Services.

---

HON. STANLEY R. CHESLER, USDJ

---

AUSA Boteler Vitvitsky