**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

June 17, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102

RE: DEAK, Edward
Docket No. 08-00327-15

Dear Judge Chelser,

The probation office writes in response to the offender's written request, dated April 6, 2011, and Assistant United States Attorney Bohdan Vitvitsky's correspondence, dated June 13, 2011, regarding the offender's request that the cost of home monitoring be waived due to the offender's financial situation. As the offender has been disabled due to injury since 2006, and is unemployed and subsisting on a fixed income, the probation office does not oppose his application.

If the Court has any further questions or concerns, please contact the undersigned officer at (973) 445-8120.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Gisella M. Bassolino
 U.S. Probation Officer

/gmb

[Stamp: SO ORDERED. STANLEY R. CHESLER, U.S.D.J.  8/1/2011]

April 6, 2011

Honorable Judge Stanley R. Chesler

U.S Post Office & Courthouse

50 Walnut Street

Newark, NJ.07102

Docket No. 08-327 (15)

RECEIVED

APR 0 8 2011

U.S. Probation Office
20 Washington Pl.
Newark, NJ

Your Honor:

Please accept this letter as an urgent request. I was sentenced by you to a location monitoring program for 6 months. The payment of costs was not waived, and I was also sentenced to two years probation.

For your information, I have been disabled since an accident in 2006, which left me unable to work. As for income, I only receive Social Security.

If I am to pay my monthly bills, I must ask your permission to waive the monitoring fee of $576.70.

Should Your Honor deny this request, I respectfully ask the court to reappoint my C.J.A. lawyer, Marc Leibman, to assist me in completing a more formal application to the court.

Respectfully yours,

*Edward Deak*

Edward Deak

cc: Bohdan Vitvitsky, AUSA

Stanley Wetstone